**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROY SMITH and DIANE M. SMITH,

    Plaintiffs,

v.                              Case No. 15-13019

NATIONSTAR MORTGAGE,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Dismiss," dated November 16, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Nationstar Mortgage and against Plaintiffs Roy Smith and Diane Smith.

Dated at Detroit, Michigan, this 16th day of November 2015.


                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: November 16, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 16, 2015, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522